[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NIEVES ARAGON, ET AL.,

Plaintiffs-Appellees,

v.

BROOKE ROLLINS, IN HER OFFICIAL CAPACITY AS SECRETARY OF AGRICULTURE AND UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,

Defendants-Appellants.

No. 26-5297

**APPELLANTS' STATEMENT OF ISSUES**

Appellants submit this nonbinding, preliminary statement of the issues to be raised in this appeal:

> Whether the district court correctly vacated four letters from the Secretary of Agriculture approving certain pilot projects under the Food and Nutrition Act on the grounds that the pilot programs were contrary to the statute and procedurally void.

/s/ Jaynie Lilley
Jaynie Lilley
Counsel for Defendants-Appellants