**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 26-5297**

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

NIEVES ARAGON, *et al.*,
*Plaintiffs-Appellees*,

v.

BROOKE ROLLINS, in her official capacity as
Secretary of Agriculture, *et al.*,
*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the District of Columbia, No. 1:26-cv-00861-ABJ
Hon. Amy Berman Jackson

---

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES FOR PLAINTIFFS-APPELLEES

MEEGAN F. HOLLYWOOD
JEFFREY I. SHINDER
LINDSAY R. MAHER
ELLISON A. SNIDER
SHINDER CANTOR LERNER LLP
14 Penn Plaza, 19th Floor
New York, NY 10122
(646) 960-8601
meegan@scl-llp.com
jeffrey@scl-llp.com
lmaher@scl-llp.com
esnider@scl-llp.com

KATHARINE DEABLER-MEADOWS
CIARA W. MALONE
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
deabler@nclej.org
malone@nclej.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES FOR PLAINTIFFS-APPELLEES

Pursuant to Rule 28(a)(1) of the United States Court of Appeals for the District of Columbia Circuit, Plaintiffs-Appellees certify as follows:

### A. Parties and *Amici*

The following are the parties, intervenors, and amici who appeared before the district court or are appearing before this Court:

Plaintiffs-Appellees: Nieves Aragon; Marc Craig; Nathan Fleming; Sarah Starks, also known as Hunter Starks; and Amanda Johnson.

Defendants-Appellants: Brooke Rollins, in her official capacity as Secretary of Agriculture; and the United States Department of Agriculture ("USDA").

Intervenors: None.

*Amici Curiae*: Foundation for Government Accountability and the State of Nebraska.

### B. Rulings Under Review

Plaintiffs-Appellees seek to defend the following ruling: Memorandum Opinion and Order of the Honorable Amy Berman Jackson, United States District Court for the District of Columbia, dated June 22, 2026 (ECF Nos. 36, 37), in *Nieves Aragon, et al. v. Brooke Rollins, et al.*, Civil Action No. 26-0861 (ABJ), granting Plaintiffs' motion for summary judgment on Counts One and Three,

denying Defendants' cross-motion for summary judgment, and vacating and remanding the Secretary and USDA's approval of pilot projects in Colorado, Iowa, Nebraska, Tennessee, and West Virginia, as well as their December 30 memorandum regarding the notice requirement under 7 C.F.R. § 282.1(b).

### C. Related Cases

Plaintiffs-Appellees are not aware of any related cases pending in this Court or any other court.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Meegan F. Hollywood*
Meegan F. Hollywood
Shinder Cantor Lerner LLP
14 Penn Plaza, 19th Floor
New York, NY 10122
(646) 960-8601
meegan@scl-llp.com
Counsel for Plaintiffs-Appellees