# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5297** **September Term, 2026**

**1:26-cv-00861-ABJ**

**Filed On: November 23, 2026** **[2204632]**

Nieves Aragon, et al.,

Appellees

v.

Brooke Rollins, in her official capacity as Secretary of Agriculture and United States Department of Agriculture,

Appellants

**O R D E R**

Upon consideration of the government's consent motion for extension of the briefing deadlines, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 21, 2027 |
| Appendix | January 21, 2027 |
| Appellees' Brief | March 8, 2027 |
| Appellants' Reply Brief | March 29, 2027 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk